UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH MATT ANDERS,

     Plaintiff,

    v.

ILLINOIS CENTRAL RAILROAD
COMPANY,

     Defendant.

Case No. 07-cv-417-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**NORBERT JAWORSKI**

**Dated: May 1, 2008**

**By:s/Deborah Agans,**
**Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**